E. P. STUBBS V. JACOB LANTZ AND GEORGE WARD, Appellants.

LIQUOR NUISANCE: EVIDENCE SUFFICIENT.

*Appeal from Cerro Gordo District Court.*—HON. P. W. BURR, Judge.

SATURDAY, JANUARY 19, 1895.

Action upon complaint of E. P. Stubbs, a resident and citizen of Cerro Gordo county, to abate, as a nuisance, a certain place owned by defendant Ward and kept by defendant Lantz, for the sale of intoxicating liquors, contrary to law.

Defendant Ward alone, answered, admitting that he owned the premises and denying that he established any nuisance on said premises, and denying that he knowingly allowed or permitted, said premises to be used for the unlawful sale of intoxicating liquors.

Judgment was entered against the defendant Ward from which he appeals.

*R. Wilber* and *Glass & McConlogue* for appellant.

*D. W. Hurn* and *A. H. Cummings* for appellee.

Given, C. J.—I. Appellant's only contention is that the judgment is not warranted by the evidence.

It will serve no good purpose to set out, or discuss, the evidence. It is largely of the kind usually found in such cases, and if true, discloses a remarkable ignorance on the part of some of the witnesses, as to what they drink, and an unusual fondness for "slop," and "spoiled water."

Notwithstanding the evident evasions and prevarications of some of the witnesses, we think the judgment is fully supported by the evidence.— *Affirmed.*